IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| NANCY PAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 7:16-CV-01312-MGL |
| ) | |
| LIBERTY LIFE ASSURANCE ) | |
| COMPANY OF BOSTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' Motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation: **December 16, 2016**

    b. Cross Motions for Judgment and Joint Stipulation: **January 16, 2017**

    c. Replies: **January 20, 2017**

**IT IS SO ORDERED**.

        s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

October 13, 2016
Columbia, South Carolina